IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 03-cv-01842-LTB-OES

FRANCIS T. DEUTSCH,
          Applicant,

v.

E. J. GALLEGOS, Warden, F.P.C. Florence
          Respondent.
_____

**ORDER**
_____

This case is before me on the Mandate issued September 20, 2005 upon the Order and Judgment entered by the Tenth Circuit Court of Appeals. A copy of the Mandate and Order of Judgment are attached. Pursuant thereto

IT IS ORDERED that within 30 days from the date of this Order, the BOP, through Warden Gallegos or such other BOP personnel as the BOP shall deem appropriate, in the manner set forth by the BOP's Inmate Systems Management Manual, Program Statement 5800.13, shall request the assistance of the office of the United States Attorney for the Southern District of Illinois to bring this matter before the sentencing court for clarification and direction. The BOP shall ensure that the appropriate materials are submitted to the sentencing court within sixth (60) days of the date of this Order. The term "appropriate materials" is intended to include a copy of the Tenth Circuit's Order and Judgment, and, if such materials are not readily available to the District Court, complete copies of the documents listed in the second paragraph of Section II of the Tenth Circuit's Order and Judgment.

IT IS FURTHER ORDERED that Respondent shall submit a status report to this Court upon Petitioner's 28 U.S.C. § 2241 Petition within 60 days from the date of this Order and upon 20-day intervals thereafter.

                                                            BY THE COURT:

                                                            s/Lewis T. Babcock
                                                           Lewis T. Babcock, Chief Judge

DATED:   September 22, 2005