**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 03-cv-01842-LTB-OES

FRANCIS T. DEUTSCH,
        Applicant,

v.

E. J. GALLEGOS, Warden, F.P.C. Florence
        Respondent.

_____

**ORDER**
_____

THIS MATTER is before me upon the Remand and Mandate of the Tenth Circuit Court of Appeals together with the Respondent's Answer to my Minute Order dated December 5, 2005.  I consider it also to be in response to my September 22, 2005 Order.

Despite the dense fog surrounding this truly unique 28 U.S.C. § 2241 proceeding, two things come clear.  First is the Tenth Circuit Court of Appeals Panel's concern that justice be done.  Rest assured that we all seek justice through this matter.  Second, the Respondent concedes, and I agree, that the path to a just resolution of the petition leads to a granting of the petition directing that the Respondent cut short Applicant's confinement by 30 days.  Time is of the essence.  It appears the ball is in my court, so I will field it. Accordingly, the Respondent should be directed to recalculate Applicant's sentence so that his actual release date would change from June 23, 2006 to May 24, 2006.  Being sufficiently advised,

IT IS ORDERED that the 28 U.S.C. § 2241 petition is GRANTED and Respondent is directed to recalculate Applicant's actual release date from June 23, 2006 to May 24, 2006.

IT IS FURTHER ORDERED that final judgment shall enter.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED:   December 16, 2005