FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 3 2006

GREGORY C. LANGHAM
CLERK

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In re: Francis Deutsch,

Petitioner.

No. 06-1007

03-cv-01842-LTB-OES

### ORDER
Filed January 12, 2006

Before **KELLY, LUCERO,** and **HARTZ,** Circuit Judges.

Francis Deutsch has filed a mandamus petition in connection with his 28 U.S.C. § 2241 action. He is requesting this court to command the district court to require the Bureau of Prisons to transfer him to a halfway house for the last months of his confinement. For mandamus to issue, there must be a clear right to the relief sought, a plainly defined and peremptory duty on the part of respondent to do the action in question, and no other adequate remedy available. *Hadley Mem'l Hosp., Inc. v. Schweiker*, 689 F.2d 905, 912 (10th Cir. 1982). This court generally limits mandamus relief to cases where the lower court so clearly abused its discretion as to constitute a usurpation of judicial power. *See Pacificare of Okla., Inc. v. Burrage*, 59 F.3d 151, 153 (10th Cir. 1995).

Deutsch has not shown entitlement to the extraordinary remedy of mandamus. There is no statutory provision "indicat[ing] any intention to

encroach upon the Bureau [of Prison's] authority to decide where the prisoner may be confined during the pre-release period." *Prows v. Federal Bureau of Prisons*, 981 F.2d 466, 469 (10th Cir. 1992). Accordingly, Deutsch has no right to placement in any particular type of pre-release program. Furthermore, upon this court's remand of Deutsch's § 2241 case, *see Deutsch v. Gallegos*, 141 Fed. Appx. 745, 748 (10th Cir. 2005), the district court has taken prompt action. This court can provide no further relief.

We note that Deutsch's filing also mentions his dissatisfaction with the promptness of the district court's actions in a separate civil case, *Deutsch v. Rios*, No. 1:04-cv-01562-REB-OES. In the absence of a mandamus petition specifically filed in that matter, we decline to examine his concerns. We DENY the petition for a writ of mandamus.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

By: *[signature]*
    Deputy Clerk

# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

January 12, 2006

NOTIFICATION OF MAILING

Re:     06-1007, In re: Deutsch
        Dist/Ag docket:  03-B-1842 (OES)

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Francis T. Deutsch
07944-051
P.O. Box 365
Marion, Il 62959

Mr. William J. Leone
Mr. Robert Lee Russell
Mr. Jerry N. Jones
Mr. John M. Hutchins
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202

Honorable Lewis T. Babcock
Chief District Judge
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Gregory C. Langham, Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

_____
                DEPUTY CLERK